UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Corey Scott Alford**             **Docket No. 7:15-CR-2-4H**

### Petition for Action on Supervised Release

COMES NOW John A. Cooper, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Corey Scott Alford, who upon an earlier plea of guilty to Conspiracy to Distribute and Possess With the Intent to Distribute Heroin, Cocaine, Oxymorphone Hydrochloride, and Oxycodone, 21 U.S.C. § 846, 21 U.S.C. § 841 (b)(1)(C), Possession of a Firearm in Furtherance of a Drug Trafficking Crime and Aiding and Abetting, 18 U.S.C. § 924(c), 18 US.C. § 924(c)(1)(A)(i) and 2, was sentenced by the Honorable Malcolm J. Howard, Senior U.S. District Judge, on August 11, 2015, to the custody of the Bureau of Prisons for a term of 46 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months. On January 11, 2017, the court reduced the term of imprisonment to 34 months pursuant to a Rule 35(b). On April 4, 2017, an amended order was filed clarifying the sentence reduction to 34 months as follows: 4 months on Count1, and 30 months on Count 2 to run consecutively.

Corey Scott Alford was released from custody on April 24, 2017, at which time the term of supervised release commenced.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On June 13, 2017, the probation officer met with Alford at his residence and he admitted to using marijuana recently. A urine test taken on June 15, 2017, was returned positive for marijuana. Alford has been referred to drug treatment and is enrolled in the Surprise Urinalysis Program. It is recommended supervision be continued and allow him to participate in drug treatment and testing.

In addition, Alford was sentenced to a five year term of supervision and the court imposed various conditions including special conditions requiring him to participate in sex offender treatment and submit to a psycho-sexual evaluation. As a result of this evaluation, the provider recommended Alford submit to polygraph testing to better monitor his behavior and compliance with the conditions of supervision. As such we are recommending the court impose the special condition below. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. At the direction of the U.S. Probation Officer, the defendant shall submit to physiological testing, which may include, but is not limited to, polygraph examinations or other tests to monitor the defendant's compliance with probation or supervised release and treatment conditions.

Except as herein modified, the judgment shall remain in full force and effect.

Corey Scott Alford
Docket No. 7:15-CR-2-4H
Petition For Action
Page 2

| | |
|---|---|
| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
| /s/ Robert L. Thornton<br>Robert L. Thornton<br>Supervising U.S. Probation Officer | /s/ John A. Cooper<br>John A. Cooper<br>U.S. Probation Officer<br>2 Princess Street, Suite 308<br>Wilmington, NC 28401-3958<br>Phone: 910-679-2046<br>Executed On: July 11, 2017 |

## ORDER OF THE COURT

Considered and ordered this 12th day of July 2017, and ordered filed and made a part of the records in the above case.

Malcolm J. Howard
Senior U.S. District Judge